**DuaneMorris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

EVE I. KLEIN
DIRECT DIAL: 212.692.1065
PERSONAL FAX: 212.202.7559
E-MAIL: EIKlein@duanemorris.com

www.duanemorris.com

December 14, 2007

**VIA ECF FILING**
Honorable Magistrate Judge Michael L. Orenstein
United States District Court for the
  Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    Tuan Le v. SITA Information Networking Computing, USA, Inc.
             USDC, Eastern District of New York, Case No. 07-CV-86 (JS) (MLO)

Dear Judge Orenstein:

    We represent Defendant SITA Information Networking Computing, USA, Inc. ("SITA"). We write to advise the Court that the parties have reached a settlement agreement in this case. Per advice from Your Honor's chambers, once the settlement agreement is drafted and executed, we will forward the same to Judge Seybert for approval as required by the Fair Labor Standards Act.

    In light of the pending settlement, we ask that the conference scheduled before you on December 21, 2007 at 10:00 a.m. be cancelled.

                                                    Respectfully,

                                                    Eve I. Klein

EIK/jb
cc: Paul Fellin, Esq.